AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

KACEY D. JONES _____ District of COLUMBIA

Plaintiff

V.

ALBERTO GONZALES, ET AL

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 07 1433

I, KACEY D. JONES, declare that I am the (check appropriate box)
☑ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury.

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)
   If "Yes," state the place of your incarceration  BEAUMONT LOW FCC
   Are you employed at the institution? YES    Do you receive any payment from the institution? YES
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☑ No
   b. Rent payments, interest or dividends            ☐ Yes   ☑ No
   c. Pensions, annuities or life insurance payments  ☐ Yes   ☑ No
   d. Disability or workers compensation payments     ☐ Yes   ☑ No
   e. Gifts or inheritances                           ☐ Yes   ☐ No
   f. Any other sources                               ☐ Yes   ☑ No

   RECEIVED
   JUL 12 2007
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

~~GIFT~~ FROM RELATIVE.

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

I declare under penalty of perjury that the above information is true and correct.

X 7/2/07                     X Kacey Jones
   Date                         Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| United States Judge        Date | United States Judge        Date |

# Inmate Statement

| | |
|---|---|
| **Inmate Reg #:** 07428010 | **Current Institution:** Beaumont FCC |
| **Inmate Name:** JONES, KACEY | **Housing Unit:** BML-W-B |
| **Report Date:** 08/13/2007 | **Living Quarters:** W10-067U |
| **Report Time:** 4:40:44 PM | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | 8/12/2007 9:31:11 PM | TFN0812 | | | Phone Withdrawal | ($1 00) | | $9.11 |
| BMA | 8/10/2007 9:21:57 PM | TFN0810 | | | Phone Withdrawal | ($3 00) | | $10 11 |
| BMA | 8/9/2007 9.39.24 PM | TFN0809 | | | Phone Withdrawal | ($1 00) | | $13 11 |
| BMA | 8/8/2007 9:44:18 PM | TFN0808 | | | Phone Withdrawal | ($2 00) | | $14 11 |
| BMA | 8/7/2007 9 31 51 PM | TFN0807 | | | Phone Withdrawal | ($3 00) | | $16 11 |
| BMA | 8/7/2007 5.20:41 AM | GIPP0707 | | | Payroll - .PP | $5 25 | | $19 11 |
| BMA | 8/6/2007 9:33:52 PM | TFN0806 | | | Phone Withdrawal | ($4 00) | | $13 86 |
| BMA | 8/6/2007 6:56:59 AM | TFN0806 | | | Phone Withdrawal | ($3 00) | | $17 86 |
| BMA | 8/5/2007 9:24:50 PM | TFN0805 | | | Phone Withdrawal | ($2 00) | | $20 86 |
| BMA | 8/4/2007 7:18:31 PM | TFN0804 | | | Phone Withdrawal | ($4 00) | | $22 86 |
| BMA | 8/4/2007 10:08:14 AM | TFN0804 | | | Phone Withdrawal | ($4 00) | | $26 86 |
| BMA | 8/4/2007 6:12:00 AM | 33322007 | | | Western Union | $30.00 | | $30 86 |
| BMA | 8/2/2007 7:21:06 PM | TFN0802 | | | Phone Withdrawal | ($2.00) | | $0 86 |
| BMA | 8/1/2007 9:52:16 PM | TFN0801 | | | Phone Withdrawal | ($2.00) | | $2 86 |
| BMA | 8/1/2007 9:13:14 PM | TFN0801 | | | Phone Withdrawal | ($3 00) | | $4 86 |
| BMA | 7/31/2007 12:08:09 PM | 67 | | | Sales | ($14.30) | | $7 86 |
| BMA | 7/30/2007 4:56:53 PM | TFN0730 | | | Phone Withdrawal | ($1.00) | | $22 16 |
| BMA | 7/30/2007 2 06 25 PM | TFN0730 | | | Phone Withdrawal | ($3 00) | | $23 16 |
| BMA | 7/29/2007 12:44:32 PM | TFN0729 | | | Phone Withdrawal | ($1 00) | | $26 16 |
| BMA | 7/28/2007 2:01 13 PM | TFN0728 | | | Phone Withdrawal | ($3.00) | | $27 16 |
| BMA | 7/27/2007 9.36.57 PM | TFN0727 | | | Phone Withdrawal | ($4 00) | | $30 16 |
| BMA | 7/27/2007 7 05:21 PM | 33321507 | | | Western Union | $30 00 | | $34 16 |
| BMA | 7/27/2007 11.54.21 AM | TFN0727 | | | Phone Withdrawal | ($2.00) | | $4 16 |
| BMA | 7/26/2007 9:26:38 PM | TFN0726 | | | Phone Withdrawal | ($2.00) | | $6 16 |
| BMA | 7/26/2007 9.43.34 AM | TFN0726 | | | Phone Withdrawal | ($1.00) | | $8 16 |
| BMA | 7/23/2007 9:33 41 PM | TFN0723 | | | Phone Withdrawal | ($1.00) | | $9.16 |
| BMA | 7/22/2007 9 35.14 PM | TFN0722 | | | Phone Withdrawal | ($3 00) | | $10 16 |
| BMA | 7/21/2007 9:37:34 PM | TFN0721 | | | Phone Withdrawal | ($3 00) | | $13 16 |
| BMA | 7/21/2007 3:32:31 PM | TFN0721 | | | Phone Withdrawal | ($2 00) | | $16 16 |
| BMA | 7/20/2007 9:39:25 PM | TFN0720 | | | Phone Withdrawal | ($4 00) | | $18 16 |
| BMA | 7/20/2007 5:24:59 PM | TFN0720 | | | Phone Withdrawal | ($3.00) | | $22 16 |
| BMA | 7/20/2007 4.05:05 PM | 33321007 | | | Western Union | $25.00 | | $25 16 |
| BMA | 7/14/2007 9:41:14 PM | TFN0714 | | | Phone Withdrawal | ($3.00) | | $0 16 |

## Inmate Statement 🖶 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** 07428010 | **Current Institution:** | Beaumont FCC |
| **Inmate Name:** JONES, KACEY | **Housing Unit:** | BML-W-B |
| **Report Date:** 08/13/2007 | **Living Quarters:** | W10-067U |
| **Report Time:** 4:41:05 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | 6/25/2007 6:30:25 PM | TFN0625 | | | Phone Withdrawal | ($2.00) | | $8.16 |
| BMA | 6/24/2007 9:30:41 PM | TFN0624 | | | Phone Withdrawal | ($3.00) | | $10.16 |
| BMA | 6/24/2007 3:10:33 PM | TFN0624 | | | Phone Withdrawal | ($2.00) | | $13.16 |
| BMA | 6/23/2007 9:35:56 PM | TFN0623 | | | Phone Withdrawal | ($4.00) | | $15.16 |
| BMA | 6/23/2007 6:35:51 PM | TFN0623 | | | Phone Withdrawal | ($2.00) | | $19.16 |
| BMA | 6/22/2007 8:16:58 PM | TFN0622 | | | Phone Withdrawal | ($4.00) | | $21.16 |
| BMA | 6/22/2007 8:04:58 PM | 33319007 | | | Western Union | $25.00 | | $25.16 |
| BMA | 6/15/2007 9:24:32 PM | TFN0615 | | | Phone Withdrawal | ($2.00) | | $0.16 |
| BMA | 6/14/2007 9:21:19 PM | TFN0614 | | | Phone Withdrawal | ($2.00) | | $2.16 |
| BMA | 6/13/2007 9:36:11 PM | TFN0613 | | | Phone Withdrawal | ($2.00) | | $4.16 |
| BMA | 6/12/2007 7:27:47 PM | TFN0612 | | | Phone Withdrawal | ($2.00) | | $6.16 |
| BMA | 6/12/2007 7:17:03 PM | TFN0612 | | | Phone Withdrawal | ($2.00) | | $8.16 |
| BMA | 6/12/2007 12:36:09 PM | 161 | | | Sales | ($10.45) | | $10.16 |
| BMA | 6/10/2007 9:32:41 PM | TFN0610 | | | Phone Withdrawal | ($3.00) | | $20.61 |
| BMA | 6/9/2007 9:39:20 PM | TFN0609 | | | Phone Withdrawal | ($4.00) | | $23.61 |
| BMA | 6/9/2007 3:15:47 PM | TFN0609 | | | Phone Withdrawal | ($3.00) | | $27.61 |
| BMA | 6/9/2007 2:05:31 PM | 33318007 | | | Western Union | $30.00 | | $30.61 |
| BMA | 6/5/2007 4:26:07 PM | TFN0605 | | | Phone Withdrawal | ($1.00) | | $0.61 |
| BMA | 6/5/2007 11:58:38 AM | 72 | | | Sales | ($13.65) | | $1.61 |
| BMA | 6/2/2007 6:52:06 PM | TFN0602 | | | Phone Withdrawal | ($2.00) | | $15.26 |
| BMA | 6/1/2007 9:29:32 PM | TFN0601 | | | Phone Withdrawal | ($3.00) | | $17.26 |
| BMA | 5/31/2007 11:27:00 AM | TFN0531 | | | Phone Withdrawal | ($3.00) | | $20.26 |
| BMA | 5/30/2007 8:28:41 PM | TFN0530 | | | Phone Withdrawal | ($1.00) | | $23.26 |
| BMA | 5/30/2007 1:36:23 PM | TFN0530 | | | Phone Withdrawal | ($2.00) | | $24.26 |
| BMA | 5/29/2007 9:39:38 PM | TFN0529 | | | Phone Withdrawal | ($4.00) | | $26.26 |
| BMA | 5/29/2007 8:04:16 PM | 33317207 | | | Western Union | $30.00 | | $30.26 |
| BMA | 5/22/2007 9:43:47 PM | TFN0522 | | | Phone Withdrawal | ($2.00) | | $0.26 |
| BMA | 5/22/2007 12:17:12 PM | 111 | | | Sales | ($4.65) | | $2.26 |
| BMA | 5/21/2007 9:41:55 PM | TFN0521 | | | Phone Withdrawal | ($3.00) | | $6.91 |
| BMA | 5/20/2007 9:41:38 PM | TFN0520 | | | Phone Withdrawal | ($4.00) | | $9.91 |
| BMA | 5/19/2007 9:43:18 PM | TFN0519 | | | Phone Withdrawal | ($3.00) | | $13.91 |
| BMA | 5/18/2007 9:31:28 PM | TFN0518 | | | Phone Withdrawal | ($4.00) | | $16.91 |
| BMA | 5/18/2007 8:04:27 PM | 33316507 | | | Western Union | $20.00 | | $20.91 |

| BMA | 7/13/2007 9:42:43 PM | TFN0713 | Phone Withdrawal | ($3.00) | $3.16 |
| --- | --- | --- | --- | --- | --- |
| BMA | 7/12/2007 9:35:55 PM | TFN0712 | Phone Withdrawal | ($3.00) | $6.16 |
| BMA | 7/12/2007 1:02:11 PM | TFN0712 | Phone Withdrawal | ($2.00) | $9.16 |
| BMA | 7/11/2007 9:39:18 PM | TFN0711 | Phone Withdrawal | ($4.00) | $11.16 |
| BMA | 7/11/2007 6:38:14 PM | TFN0711 | Phone Withdrawal | ($2.00) | $15.16 |
| PMA | 7/10/2007 9:36:32 PM | TFN0710 | Phone Withdrawal | ($3.00) | $17.16 |
| BMA | 7/10/2007 6:04:54 PM | 33320207 | Western Union | $20.00 | $20.16 |
| BMA | 7/1/2007 9:15:30 PM | TFN0701 | Phone Withdrawal | ($3.00) | $0.16 |
| BMA | 6/30/2007 9:28:40 PM | TFN0630 | Phone Withdrawal | ($3.00) | $3.16 |
| BMA | 6/29/2007 9:37:40 PM | TFN0629 | Phone Withdrawal | ($3.00) | $6.16 |
| BMA | 6/28/2007 9:36:02 PM | TFN0628 | Phone Withdrawal | ($3.00) | $9.16 |
| BMA | 6/27/2007 9:31:42 PM | TFN0627 | Phone Withdrawal | ($3.00) | $12.16 |
| BMA | 6/27/2007 8:10:44 PM | TFN0627 | Phone Withdrawal | ($2.00) | $15.16 |
| BMA | 6/26/2007 9:33:31 PM | TFN0626 | Phone Withdrawal | ($3.00) | $17.16 |
| BMA | 6/26/2007 6:04:55 PM | 33319207 | Western Union | $20.00 | $20.16 |
| BMA | 6/26/2007 11:15:15 AM | 44 | Sales | ($5.00) | $0.16 |
| BMA | 6/25/2007 9:36:00 PM | TFN0625 | Phone Withdrawal | ($3.00) | $5.16 |

1 2 3 4 5

**Total Transactions: 228**

Totals:    $9.11    $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BMA | $9.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.11 |
| **Totals:** | **$9.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9.11** |

| | | | | | |
|---|---|---|---|---|---|
| BMA | 5/17/2007 8:52:00 PM | TFN0517 | Phone Withdrawal | ($1 00) | $0 91 |
| BMA | 5/17/2007 5:27:55 PM | TFN0517 | Phone Withdrawal | ($1 00) | $1 91 |
| BMA | 5/16/2007 6:14:29 PM | TFN0516 | Phone Withdrawal | ($1 00) | $2 91 |
| BMA | 5/14/2007 9:37:15 PM | TFN0514 | Phone Withdrawal | ($4 00) | $3 91 |
| BMA | 5/14/2007 1:20:02 PM | TFN0514 | Phone Withdrawal | ($3 00) | $7 91 |
| BMA | 5/13/2007 9:36:46 PM | TFN0513 | Phone Withdrawal | ($3 00) | $10 91 |
| BMA | 5/13/2007 4:52:27 PM | TFN0513 | Phone Withdrawal | ($3 00) | $13 91 |
| BMA | 5/12/2007 9:02:02 PM | TFN0512 | Phone Withdrawal | ($2.00) | $16 91 |
| BMA | 5/12/2007 11:16:16 AM | TFN0512 | Phone Withdrawal | ($2 00) | $18 91 |
| BMA | 5/11/2007 8:04:15 PM | 33316007 | Western Union | $20.00 | $20 91 |
| BMA | 5/10/2007 12:51:18 PM | TFN0510 | Phone Withdrawal | ($3 00) | $0 91 |
| BMA | 5/9/2007 7:38:41 PM | TFN0509 | Phone Withdrawal | ($3 00) | $3 91 |
| BMA | 5/9/2007 2:35:25 PM | TFN0509 | Phone Withdrawal | ($3.00) | $6 91 |
| BMA | 5/9/2007 12:02:31 PM | TFN0509 | Phone Withdrawal | ($1 00) | $9 91 |
| BMA | 5/8/2007 9:36:57 PM | TFN0508 | Phone Withdrawal | ($3 00) | $10 91 |
| BMA | 5/8/2007 11:33:36 AM | TFN0508 | Phone Withdrawal | ($4.00) | $13 91 |
| BMA | 5/7/2007 3:52:43 PM | TFN0507 | Phone Withdrawal | ($3 00) | $17 91 |

1 2 3 4 5

**Total Transactions: 228**

                                                                          Totals:       $9.11        $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | $9.11 | $0 00 | $0.00 | $0 00 | $0 00 | $0.00 | $0.00 | $9 11 |
| Totals: | $9.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.11 |

# Inmate Statement

🖨 PRINT

| Inmate Reg #: | 07428010 | Current Institution: | Beaumont FCC |
| --- | --- | --- | --- |
| Inmate Name: | JONES, KACEY | Housing Unit: | BML-W-B |
| Report Date: | 08/13/2007 | Living Quarters: | W10-067U |
| Report Time: | 4:42:01 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| BMA | 5/7/2007 3:04:31 PM | 33315607 | | | Western Union | $20.00 | | $20.91 |
| BMA | 5/3/2007 6:05:10 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $0.91 |
| BMA | 5/1/2007 11:39:20 AM | 102 | | | Sales | ($23.40) | | $1.91 |
| BMA | 5/1/2007 11:38:32 AM | 101 | | | Sales | ($18.75) | | $25.31 |
| BMA | 4/30/2007 12:00:26 PM | TFN0430 | | | Phone Withdrawal | ($3.00) | | $44.06 |
| BMA | 4/28/2007 9:41:30 PM | TFN0428 | | | Phone Withdrawal | ($1.00) | | $47.06 |
| BMA | 4/27/2007 2:44:54 PM | TFN0427 | | | Phone Withdrawal | ($3.00) | | $48.06 |
| BMA | 4/26/2007 9:19:07 PM | TFN0426 | | | Phone Withdrawal | ($4.00) | | $51.06 |
| BMA | 4/25/2007 9:35:19 PM | TFN0425 | | | Phone Withdrawal | ($3.00) | | $55.06 |
| BMA | 4/24/2007 9:46:13 PM | TFN0424 | | | Phone Withdrawal | ($4.00) | | $58.06 |
| BMA | 4/24/2007 12:21:51 PM | 96 | | | Sales | ($23.40) | | $62.06 |
| BMA | 4/24/2007 12:20:45 PM | 95 | | | Sales | $0.00 | | $85.46 |
| BMA | 4/23/2007 8:13:09 PM | TFN0423 | | | Phone Withdrawal | ($4.00) | | $85.46 |
| BMA | 4/23/2007 7:05:37 PM | 33314607 | | | Western Union | $89.00 | | $89.46 |
| BMA | 4/19/2007 9:35:47 PM | TFN0419 | | | Phone Withdrawal | ($2.00) | | $0.46 |
| BMA | 4/18/2007 9:50:58 PM | TFN0418 | | | Phone Withdrawal | ($3.00) | | $2.46 |
| BMA | 4/17/2007 9:34:36 PM | TFN0417 | | | Phone Withdrawal | ($3.00) | | $5.46 |
| BMA | 4/16/2007 9:50:42 PM | TFN0416 | | | Phone Withdrawal | ($2.00) | | $8.46 |
| BMA | 4/14/2007 9:42:22 PM | TFN0414 | | | Phone Withdrawal | ($4.00) | | $10.46 |
| BMA | 4/14/2007 4:11:34 PM | TFN0414 | | | Phone Withdrawal | ($2.00) | | $14.46 |
| BMA | 4/13/2007 9:41:14 PM | TFN0413 | | | Phone Withdrawal | ($1.00) | | $16.46 |
| BMA | 4/13/2007 8:47:29 PM | TFN0413 | | | Phone Withdrawal | ($3.00) | | $17.46 |
| BMA | 4/13/2007 6:05:00 PM | 33314007 | | | Western Union | $20.00 | | $20.46 |
| BMA | 4/12/2007 9:41:44 PM | TFN0412 | | | Phone Withdrawal | ($2.00) | | $0.46 |
| BMA | 4/10/2007 9:37:32 PM | TFN0410 | | | Phone Withdrawal | ($2.00) | | $2.46 |
| BMA | 4/10/2007 11:36:10 AM | 108 | | | Sales | ($5.55) | | $4.46 |
| BMA | 4/8/2007 9:38:46 PM | TFN0408 | | | Phone Withdrawal | ($3.00) | | $10.01 |
| BMA | 4/7/2007 5:16:59 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $13.01 |
| BMA | 4/7/2007 3:52:34 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $14.01 |
| BMA | 4/7/2007 2:27:15 PM | TFN0407 | | | Phone Withdrawal | ($3.00) | | $15.01 |
| BMA | 4/6/2007 9:36:40 PM | TFN0406 | | | Phone Withdrawal | ($3.00) | | $18.01 |
| BMA | 4/6/2007 8:36:16 PM | TFN0406 | | | Phone Withdrawal | ($4.00) | | $21.01 |
| BMA | 4/6/2007 7:06:21 PM | 33313507 | | | Western Union | $25.00 | | $25.01 |

| BMA | 4/3/2007 12:55:58 PM | TFN0403 | Phone Withdrawal | ($2 00) | $0 01 |
| BMA | 4/3/2007 12:36:46 PM | 86 | Sales | ($18 20) | $2 01 |
| BMA | 4/1/2007 3:37:16 PM | TFN0401 | Phone Withdrawal | ($2 00) | $20 21 |
| BMA | 4/1/2007 2:42:53 PM | TFN0401 | Phone Withdrawal | ($1 00) | $22 21 |
| BMA | 3/31/2007 9:41:08 PM | TFN0331 | Phone Withdrawal | ($3 00) | $23.21 |
| BMA | 3/30/2007 10:14:04 PM | TFN0330 | Phone Withdrawal | ($1 00) | $26 21 |
| BMA | 3/30/2007 8:53:59 PM | TFN0330 | Phone Withdrawal | ($3 00) | $27 21 |
| BMA | 3/30/2007 5 05 07 PM | 33313007 | Western Union | $30 00 | $30 21 |
| BMA | 3/22/2007 6 37:45 PM | TFN0322 | Phone Withdrawal | ($2.00) | $0.21 |
| BMA | 3/21/2007 12:29:37 PM | TFN0321 | Phone Withdrawal | ($1 00) | $2 21 |
| BMA | 3/20/2007 5:32.36 PM | TFN0320 | Phone Withdrawal | ($2 00) | $3.21 |
| BMA | 3/20/2007 12 05 30 PM | 79 | Sales | ($15 60) | $5 21 |
| BMA | 3/18/2007 8:37:46 PM | TFN0318 | Phone Withdrawal | ($10 00) | $20 81 |
| BMA | 3/16/2007 5:35 18 PM | TFN0316 | Phone Withdrawal | ($10 00) | $30 81 |
| BMA | 3/16/2007 4:04:32 PM | 33312007 | Western Union | $40 00 | $40 81 |
| BMA | 3/14/2007 12:14:45 PM | TFN0314 | Phone Withdrawal | ($2.00) | $0 81 |
| BMA | 3/13/2007 2:37:10 PM | 67 | Sales | ($15 60) | $2 81 |

1 2 3 4 5

**Total Transactions: 228**

**Totals:**    **$9.11**    **$0.00**

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | $9 11 | $0.00 | $0.00 | $0 00 | $0 00 | $0 00 | $0 00 | $9 11 |
| **Totals:** | **$9.11** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9.11** |

# Inmate Statement

🖶 PRINT

| | | |
|---|---|---|
| **Inmate Reg #:** 07428010 | **Current Institution:** | Beaumont FCC |
| **Inmate Name:** JONES, KACEY | **Housing Unit:** | BML-W-B |
| **Report Date:** 06/25/2007 | **Living Quarters:** | W10-067L |
| **Report Time:** 4:34:42 PM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | 5/3/2007 6:05:10 PM | TFN0503 | | | Phone Withdrawal | ($1.00) | | $0.91 |
| BMA | 5/1/2007 11:39:20 AM | 102 | | | Sales | ($23.40) | | $1.91 |
| BMA | 5/1/2007 11:38:32 AM | 101 | | | Sales | ($18.75) | | $25.31 |
| BMA | 4/30/2007 12:00:26 PM | TFN0430 | | | Phone Withdrawal | ($3.00) | | $44.06 |
| BMA | 4/28/2007 9:41:30 PM | TFN0428 | | | Phone Withdrawal | ($1.00) | | $47.06 |
| BMA | 4/27/2007 2:44:54 PM | TFN0427 | | | Phone Withdrawal | ($3.00) | | $48.06 |
| BMA | 4/26/2007 9:19:07 PM | TFN0426 | | | Phone Withdrawal | ($4.00) | | $51.06 |
| BMA | 4/25/2007 9:35:19 PM | TFN0425 | | | Phone Withdrawal | ($3.00) | | $55.06 |
| BMA | 4/24/2007 9:46:13 PM | TFN0424 | | | Phone Withdrawal | ($4.00) | | $58.06 |
| BMA | 4/24/2007 12:21:51 PM | 96 | | | Sales | ($23.40) | | $62.06 |
| BMA | 4/24/2007 12:20:45 PM | 95 | | | Sales | $0.00 | | $85.46 |
| BMA | 4/23/2007 8:13:09 PM | TFN0423 | | | Phone Withdrawal | ($4.00) | | $85.46 |
| BMA | 4/23/2007 7:05:37 PM | 33314607 | | | Western Union | $89.00 | | $89.46 |
| BMA | 4/19/2007 9:35:47 PM | TFN0419 | | | Phone Withdrawal | ($2.00) | | $0.46 |
| BMA | 4/18/2007 9:50:58 PM | TFN0418 | | | Phone Withdrawal | ($3.00) | | $2.46 |
| BMA | 4/17/2007 9:34:36 PM | TFN0417 | | | Phone Withdrawal | ($3.00) | | $5.46 |
| BMA | 4/16/2007 9:50:42 PM | TFN0416 | | | Phone Withdrawal | ($2.00) | | $8.46 |
| BMA | 4/14/2007 9:42:22 PM | TFN0414 | | | Phone Withdrawal | ($4.00) | | $10.46 |
| BMA | 4/14/2007 4:11:34 PM | TFN0414 | | | Phone Withdrawal | ($2.00) | | $14.46 |
| BMA | 4/13/2007 9:41:14 PM | TFN0413 | | | Phone Withdrawal | ($1.00) | | $16.46 |
| BMA | 4/13/2007 8:47:29 PM | TFN0413 | | | Phone Withdrawal | ($3.00) | | $17.46 |
| BMA | 4/13/2007 6:05:00 PM | 33314007 | | | Western Union | $20.00 | | $20.46 |
| BMA | 4/12/2007 9:41:44 PM | TFN0412 | | | Phone Withdrawal | ($2.00) | | $0.46 |
| BMA | 4/10/2007 9:37:32 PM | TFN0410 | | | Phone Withdrawal | ($2.00) | | $2.46 |
| BMA | 4/10/2007 11:36:10 AM | 108 | | | Sales | ($5.55) | | $4.46 |
| BMA | 4/8/2007 9:38:46 PM | TFN0408 | | | Phone Withdrawal | ($3.00) | | $10.01 |
| BMA | 4/7/2007 5:16:59 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $13.01 |
| BMA | 4/7/2007 3:52:34 PM | TFN0407 | | | Phone Withdrawal | ($1.00) | | $14.01 |
| BMA | 4/7/2007 2:27:15 PM | TFN0407 | | | Phone Withdrawal | ($3.00) | | $15.01 |
| BMA | 4/6/2007 9:36:40 PM | TFN0406 | | | Phone Withdrawal | ($3.00) | | $18.01 |
| BMA | 4/6/2007 8:36:16 PM | TFN0406 | | | Phone Withdrawal | ($4.00) | | $21.01 |
| BMA | 4/6/2007 7:06:21 PM | 33313507 | | | Western Union | $25.00 | | $25.01 |
| BMA | 4/3/2007 12:55:58 PM | TFN0403 | | | Phone Withdrawal | ($2.00) | | $0.01 |

| | | | | | | |
|---|---|---|---|---|---|---|
| BMA | 4/3/2007 12:36:46 PM | 86 | | Sales | ($18 20) | $2 01 |
| BMA | 4/1/2007 3:37:16 PM | TFN0401 | | Phone Withdrawal | ($2 00) | $20.21 |
| BMA | 4/1/2007 2:42:53 PM | TFN0401 | | Phone Withdrawal | ($1 00) | $22 21 |
| BMA | 3/31/2007 9 41 08 PM | TFN0331 | | Phone Withdrawal | ($3 00) | $23.21 |
| BMA | 3/30/2007 10:14 04 PM | TFN0330 | | Phone Withdrawal | ($1 00) | $26 21 |
| BMA | 3/30/2007 8:53:59 PM | TFN0330 | | Phone Withdrawal | ($3 00) | $27 21 |
| BMA | 3/30/2007 5:05.07 PM | 33313007 | | Western Union | $30 00 | $30 21 |
| BMA | 3/22/2007 6:37:45 PM | TFN0322 | | Phone Withdrawal | ($2 00) | $0 21 |
| BMA | 3/21/2007 12:29:37 PM | TFN0321 | | Phone Withdrawal | ($1 00) | $2 21 |
| BMA | 3/20/2007 5:32 36 PM | TFN0320 | | Phone Withdrawal | ($2 00) | $3 21 |
| BMA | 3/20/2007 12 05 30 PM | 79 | | Sales | ($15.60) | $5 21 |
| BMA | 3/18/2007 8 37 46 PM | TFN0318 | | Phone Withdrawal | ($10 00) | $20 81 |
| BMA | 3/16/2007 5.35:18 PM | TFN0316 | | Phone Withdrawal | ($10 00) | $30 81 |
| BMA | 3/16/2007 4:04:32 PM | 33312007 | | Western Union | $40 00 | $40 81 |
| BMA | 3/14/2007 12:14 45 PM | TFN0314 | | Phone Withdrawal | ($2 00) | $0 81 |
| BMA | 3/13/2007 2:37:10 PM | 67 | | Sales | ($15 60) | $2 81 |
| BMA | 3/12/2007 12:33:08 PM | GITS2CNV | . | Phone Rev With Rel | $0.06 | $18 41 |

1 2 3 4

Total Transactions: 177

Totals:       $10.16       $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BMA | $10.16 | $0 00 | $0 00 | $0 00 | $0.00 | $0 00 | $0 00 | $10 16 |
| Totals: | $10.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.16 |